1
2
3
4
5
6
7                      UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   JAMAL A. JENKINS,                          No.  2:17-cv-1005-JAM-EFB PS

11               Plaintiff,

12        v.                                    FINDINGS AND RECOMMENDATIONS

13   ANNE MARIE SCHUBERT, et al.,

14               Defendants.

15

16        On July 28, 2017, the court dismissed plaintiff's complaint with leave to amend.[1]  The

17   order explained the complaint's deficiencies, gave plaintiff thirty days to file an amended

18   complaint correcting those deficiencies, and warned plaintiff that failure to file an amended

19   complaint would result in a recommendation that this action be dismissed.  ECF No. 7.

20        The deadline has passed and plaintiff has not filed an amended complaint or otherwise

21   responded to the order.

22        Accordingly, it is hereby RECOMMENDED that this action be dismissed, and that the

23   Clerk be directed to close this case.  *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110.

24        These findings and recommendations are submitted to the United States District Judge

25   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

26   after being served with these findings and recommendations, plaintiff may file written objections

27   
        ---
28        [1]  This action, in which plaintiff is proceeding *in propria persona*, was referred to the
     undersigned under Local Rule 302(c)(21).  *See* 28 U.S.C. § 636(b)(1).

                                            1

with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  November 20, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE