UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMAL A. JENKINS,

    Plaintiff,

v.

ANNE MARIE SCHUBERT, et al.,

    Defendants.

No. 2:17-cv-1005-JAM-EFB PS

ORDER

On July 28, 2017, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed July 28, 2017, are ADOPTED; and
2. Plaintiff's requests for injunctive relief (ECF Nos. 3 and 5) are denied.

DATED: January 5, 2018

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE